# EXHIBIT E

**From:** Philip Ancevski <philip@sitetools.com>
**Sent:** Monday, January 24, 2022 10:49 PM
**To:** David Ludwig <dludwig@dbllawyers.com>
**Subject:** RE: Bansk.com domain inquiry

Traffic? You got the wrong idea. Bansk.com has huge potential, possibly higher than Banks.com. Same reason why Lyft is not using lift.com. Anyway, if $10k is a compelling offer then you are wasting my time and there is no reason to continue. I was simply curious what was their offer.

Thanks,
Philip Ancevski

CEO
SiteTools, Inc.

w. www.sitetools.com
w. www.MortgageFinance.com
e. philip@sitetools.com
p. 805.455.7852
c. 310.699.4664


-------- Original message --------
From: David Ludwig <dludwig@dbllawyers.com>
Date: 1/24/22 12:48 PM (GMT-08:00)
To: Philip Ancevski <philip@sitetools.com>
Subject: RE: Bansk.com domain inquiry

Hi Philip,

Thanks for your prompt reply. Obviously, my client does not want to engage in protracted back and forth on price. It just seemed apparent from the traffic patterns that Bansk.com was not driving much traffic for your company. Is there a price you are looking for that we can consider?

Best regards,
**David Ludwig – Partner**
**DUNLAP BENNETT & LUDWIG**
T: +1 703-777-7319 D: +1 571-252-3310

**From:** Philip Ancevski <philip@sitetools.com>
**Sent:** Monday, January 24, 2022 2:33 PM
**To:** David Ludwig <dludwig@dbllawyers.com>
**Subject:** RE: Bansk.com domain inquiry

Hi David,

We are not interested in anywhere near your offer. Thanks for your interest.

Thanks,
Philip Ancevski

CEO
SiteTools, Inc.

w. www.sitetools.com
w. www.MortgageFinance.com
e. philip@sitetools.com
p. 310.393.6265
c. 310.699.4664

**From:** David Ludwig <dludwig@dbllawyers.com>
**Sent:** Monday, January 24, 2022 10:33 AM
**To:** Philip Ancevski <philip@sitetools.com>
**Subject:** RE: Bansk.com domain inquiry

Philip,

Just following up on this. Please let me know if your company is interested. Thanks.

Best regards,
**David Ludwig – Partner**
**DUNLAP BENNETT & LUDWIG**
T: +1 703-777-7319 D: +1 571-252-3310

**From:** David Ludwig
**Sent:** Tuesday, January 11, 2022 1:45 PM
**To:** Philip Ancevski <philip@sitetools.com>
**Subject:** RE: Bansk.com domain inquiry

Hi Philip,

Thanks for your prompt response. GoDaddy and EstiBot have the domain valued at around $4000. My client is willing to offer $10,000 to compensate for your time. Let me know if that works for you.

Best regards,
**David Ludwig – Partner**

# DUNLAP BENNETT & LUDWIG
T: +1 703-777-7319 D: +1 571-252-3310

---

**From:** Philip Ancevski <philip@sitetools.com>
**Sent:** Monday, January 10, 2022 11:46 PM
**To:** David Ludwig <dludwig@dbllawyers.com>
**Subject:** RE: Bansk.com domain inquiry

Hi David,

The domain Bansk.com is currently not for sale. If your client has a compelling offer we'd love to hear it.

Thanks,
Philip Ancevski

CEO
SiteTools, Inc.

w. www.sitetools.com
w. www.MortgageFinance.com
e. philip@sitetools.com
p. 310.393.6265
c. 310.699.4664

---

**From:** David Ludwig <dludwig@dbllawyers.com>
**Sent:** Monday, January 10, 2022 11:27 AM
**To:** Philip Ancevski <philip@sitetools.com>
**Subject:** Bansk.com domain inquiry

Mr. Ancevski,

I represent a party that is interested in acquiring the bansk.com domain name. Based on the whois records, I believe SiteTools currently owns this domain. Kindly let me know if your company would be willing to sell this domain, and if so, what your asking price is.

Best regards,
**David Ludwig – Partner**
**DUNLAP BENNETT & LUDWIG**
T: +1 703-777-7319 D: +1 571-252-3310