UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANSK GROUP LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>SITETOOLS, INC.,<br><br>                    Defendant. | 23-CV-8924 (DEH)<br><br>**STIPULATION AND ORDER** |

**WHEREAS**, the parties have met and conferred regarding a brief extension of time for SiteTools, Inc. ("SiteTools") to respond to the Complaint in this action filed by Bansk Group LLC ("Bansk Group");

**WHERAS**, SiteTools plans to submit a Motion to Dismiss the Complaint ("Motion to Dismiss"); and

**WHEREAS,** the parties have also met and conferred regarding a briefing schedule for the Motion to Dismiss; thus,

**IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH UNDERSIGNED COUNSEL, THAT**:

1. SiteTools shall file its Motion to Dismiss on or before December 1, 2023.

2. Bansk Group shall file its opposition on or before January 5, 2024.

3. SiteTools shall file any reply on or before January 19, 2024.

Respectfully Submitted on October 31, 2023:

| | |
|---|---|
| */s/ David Ludwig* | */s/ Michael D. Cilento* |
| David Ludwig | Michael D. Cilento, Esq. |
| Dunlap Bennett & Ludwig PLLC | Lewis & Lin LLC |
| 31 W 34th St. #8030 | 77 Sands Street, 6th Floor |
| New York, NY 10001 | Brooklyn, NY 11201 |
| dludwig@dbllawyers.com | Michael@iLawco.com |
| Tel: (917) 338-1905 | Tel: (718) 243-9323 |
| Fax: (703) 777-3656 | Fax: (718) 243-9326 |
| *Attorneys for Bansk Group LLC* | *Attorneys for SiteTools, Inc.* |

**IT IS SO ORDERED.**

Dated: __November 1__, 2023

New York, New York

_____
DALE E. HO
US District Court Judge