IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANSK GROUP LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 1:23-cv-8924 |
| SITETOOLS, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bansk Group LLC, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files its Notice of Voluntary Dismissal of the action, with prejudice and without costs or fees.

Dated: November 22, 2023

Respectfully submitted,

  /s/ David Ludwig
David Ludwig (NY Bar No. 5546254)
Dunlap Bennett & Ludwig PLLC
31 W 34th St. #8030
New York, New York 10001
Telephone: (917) 338-1905
Facsimile: (703) 777-3656
dludwig@dbllawyers.com
*Attorney for Plaintiff Bansk Group LLC*

So Ordered: _____
United States District Judge